Darwin H. Bingham (7810)
Dustin D. Gibb (13220)
SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.
15 West South Temple, Suite 600
Salt Lake City, Utah 84101
Telephone: (801) 531-7870
Facsimile: (801) 531-7968
E-mail: dbingham@scalleyreading.net
E-mail: dgibb@scalleyreading.net

*Attorneys for Defendants*

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BENCHMARK CONSTRUCTION, LLC, a Utah limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> SCHEINER COMMERCIAL GROUP, INC., a Colorado corporation, JOE SCHEINER, an individual, JAY SCHEINER, an individual, LEANNE GOODHUE, an individual, ROY PENNY, an individual, RESTORATION HARDWARE, INC., a Delaware corporation, SEPHORA USA, INC., a Delaware corporation, STEVE MADDEN LTD, a Delaware corporation, <br><br> Defendants. | **MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT** <br><br><br><br> Case No. 2:12-cv-00762-BCW <br><br> Judge: Brooke C. Wells |

Defendants Scheiner Commercial Group, Inc., Joe Scheiner, and Jay Scheiner, (collectively

"Defendants"), by and through counsel, move to strike Plaintiff's Amended Complaint filed

September 28, 2012. In support of their motion, and as addressed in greater detail in the accompanying memorandum, Defendants state as follows:

1.      Plaintiff's Amended Complaint was filed on September 28, 2012, without leave of Court and without written agreement of the parties as required by Fed. R. Civ. P. 15. Accordingly, the Amended Complaint is a nullity and has no effect, and should be stricken from the record.

2.      Additionally, Plaintiff's Amended Complaint does not contain a short and plain statement of the claims asserted, but rather it contains unnecessary prolixity which places an unjustified burden on the Court and the Defendants in violation of Fed. R. Civ. P. 8.

DATED this the _____ day of October, 2012.

SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.


_____
Darwin H. Bingham
Dustin D. Gibb
*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this _3_ day of September, 2012, I served a copy of the foregoing

**MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT** by the following method on

the persons listed below.

Patrick J. Acione
Camille J. Jarvis
ASCIONE & ASSOCIATES, LLC
4692 N. 300 W., Suite 220
Provo, UT 84604
patrick@ana-law.com

_√_ US Mail, postage prepaid
____ Facsimile
____ Hand-Delivery
_√_ E-Mail

3